In re: KOOP, THOMAS J. § Case No. 5:15-02915-JJT
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 10, 2015. The undersigned trustee was appointed on July 10, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 12,935.70

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 10.90 |
   | Bank service fees | 461.67 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] $ | 12,463.13 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/24/2016 and the deadline for filing governmental claims was 01/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,043.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,043.57, for a total compensation of $2,043.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $109.49, for total expenses of $109.49.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2018      By: /s/MARK J. CONWAY, CHAPTER 7 TRUSTEE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-02915-JJT  **Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Case Name:** KOOP, THOMAS J.  **Filed (f) or Converted (c):** 07/10/15 (f)
 **§341(a) Meeting Date:** 08/07/15
**Period Ending:** 11/14/18  **Claims Bar Date:** 01/24/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  12 Fork Mountain, Equinunk PA-Joint w/girlfriend  Amended 9/19/18 - Dkt. No. 31 | 174,900.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand  Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at the Dime Bank  Imported from original petition Doc# 1 | 544.00 | 0.00 | | 0.00 | FA |
| 4  Checking account with fiance at The Dime Bank  Imported from original petition Doc# 1 | 5.89 | 0.00 | | 0.00 | FA |
| 5  1/2 Furnishings for residence  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Clothing for debtor  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Two watches  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8  3 pistols/5 shotguns/rifles  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9  Debtor's 1/5 interest in estate of Vivian C. Ehr  Imported from original petition Doc# 1 | 19,000.00 | 11,800.00 | | 12,935.70 | FA |
| 10  2010 Ford F150 pickup, 86k miles, fair condition  Imported from original petition Doc# 1 | 11,156.00 | 0.00 | | 0.00 | FA |
| 11  2003 Chevrolet Tracker, 150k miles, fair conditi  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  2006 Yamaha, 4-wheeler, used  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$209,990.89** | **$11,800.00** | | **$12,935.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

8/21/15 - Order issued apptg. MJC as counsel
10/23/15 - Bar Date set (1/24/16)
8/24/16 - Payment rec'd on Debtor's inheritance (Asset #9).
9/13/16 - Exemption paid to Debtor.
1/24/16 - Bar date expired.

Printed: 11/14/2018 01:48 PM    V.13.32

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-02915-JJT  **Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Case Name:** KOOP, THOMAS J.  **Filed (f) or Converted (c):** 07/10/15 (f)
 **§341(a) Meeting Date:** 08/07/15
**Period Ending:** 11/14/18  **Claims Bar Date:** 01/24/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/28/16 & 9/25/17 - Requested Court Costs.

TFR TO BE FILED.

9/28/18 - TFR SUBMITTED TO UST FOR REVIEW.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** September 28, 2018 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:15-02915-JJT  
**Case Name:** KOOP, THOMAS J.  

**Taxpayer ID #:** **-***5589  
**Period Ending:** 11/14/18  

**Trustee:** MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/16 | {9} | VIVIAN C. EHRMANN ESTATE | FINAL DISTRIBUTION FROM THE ESTATE OF VIVAN C. EHRMANN ESTATE | 1129-000 | 20,135.70 | | 20,135.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,125.70 |
| 09/13/16 | 101 {9} | Thomas J. Koop | PAYMENT IN FULL OF DEBTOR'S CLAIMED EXEMPTION ON INHERITANCE FROM EHRMANN ESTATE | 1129-000 | -7,200.00 | | 12,925.70 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.11 | 12,899.59 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.88 | 12,881.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.71 | 12,862.00 |
| 12/29/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE #5-15-02915-JT, 2017 TRUSTEE BOND PREMIUM | 2300-000 | | 5.03 | 12,856.97 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.44 | 12,838.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.69 | 12,818.84 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.20 | 12,801.64 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 12,782.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.15 | 12,765.47 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.19 | 12,745.28 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.33 | 12,726.95 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.69 | 12,709.26 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.10 | 12,689.16 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.64 | 12,671.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.44 | 12,652.08 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.19 | 12,633.89 |
| 12/27/17 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/27/2017 FOR CASE #5-15-02915-JT, 2018 Trustee Bond Premium | 2300-000 | | 5.87 | 12,628.02 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.56 | 12,610.46 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.95 | 12,590.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.90 | 12,573.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.08 | 12,555.53 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.45 | 12,538.08 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.83 | 12,518.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.40 | 12,500.85 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 12,481.68 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.55 | 12,463.13 |

Subtotals : $12,935.70 $472.57

{} Asset reference(s) Printed: 11/14/2018 01:48 PM V.13.32

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 5:15-02915-JJT | **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) | |
| **Case Name:** | KOOP, THOMAS J. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******9166 - Checking Account | |
| **Taxpayer ID #:** | **-***5589 | **Blanket Bond:** | $8,132,694.00 (per case limit) | |
| **Period Ending:** | 11/14/18 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 12,935.70 | 472.57 | **$12,463.13** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,935.70 | 472.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,935.70** | **$472.57** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9166** | 12,935.70 | 472.57 | 12,463.13 |
| | **$12,935.70** | **$472.57** | **$12,463.13** |

# Court Claims Register

**Case: 5:15-02915-JJT      KOOP, THOMAS J.**

Claims Bar Date: 01/24/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | MARK J. CONWAY, CHAPTER 7 TRUSTEE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>07/10/15 |  | $2,043.57<br>$2,043.57 | $0.00 | $2,043.57 |
|  | MARK J. CONWAY, CHAPTER 7 TRUSTEE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>07/10/15 |  | $109.49<br>$109.49 | $0.00 | $109.49 |
|  | MARK J. CONWAY, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>07/10/15 |  | $1,101.00<br>$1,101.00 | $0.00 | $1,101.00 |
|  | MARK J. CONWAY, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>07/10/15 |  | $62.28<br>$62.28 | $0.00 | $62.28 |
| 1 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/27/15 |  | $725.00<br>$725.00 | $0.00 | $725.00 |
| 2 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/30/15 |  | $31,063.29<br>$31,063.29 | $0.00 | $31,063.29 |
| 3 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/09/15 |  | $70,278.52<br>$70,278.52 | $0.00 | $70,278.52 |
| 4 | FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/17/15 |  | $15,558.24<br>$15,558.24 | $0.00 | $15,558.24 |

# Court Claims Register

**Case: 5:15-02915-JJT    KOOP, THOMAS J.**

Claims Bar Date: 01/24/16

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/23/16 | | $19,274.29<br>$19,274.29 | $0.00 | $19,274.29 |
| 6 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/23/16 | | $20,858.44<br>$20,858.44 | $0.00 | $20,858.44 |
| 7 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/23/16 | | $14,131.13<br>$14,131.13 | $0.00 | $14,131.13 |
| 8 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/23/16 | | $15,245.52<br>$15,245.52 | $0.00 | $15,245.52 |
| | | | **Case Total:** | | **$0.00** | **$190,450.77** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 5:15-02915-JJT
Case Name: KOOP, THOMAS J.
Trustee Name: MARK J. CONWAY, CHAPTER 7 TRUSTEE

**Balance on hand:** $ 12,463.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,463.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 2,043.57 | 0.00 | 2,043.57 |
| Trustee, Expenses - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 109.49 | 0.00 | 109.49 |
| Attorney for Trustee, Fees - MARK J. CONWAY, ESQUIRE | 1,101.00 | 0.00 | 1,101.00 |
| Attorney for Trustee, Expenses - MARK J. CONWAY, ESQUIRE | 62.28 | 0.00 | 62.28 |

Total to be paid for chapter 7 administration expenses: $ 3,316.34
Remaining balance: $ 9,146.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,146.79

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,146.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,134.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 725.00 | 0.00 | 35.44 |
| 2 | PYOD, LLC its successors and assigns as assignee | 31,063.29 | 0.00 | 1,518.32 |
| 3 | US DEPT OF EDUCATION | 70,278.52 | 0.00 | 3,435.09 |
| 4 | FIRST NATIONAL BANK OF OMAHA | 15,558.24 | 0.00 | 760.46 |
| 5 | KeyBank N.A. | 19,274.29 | 0.00 | 942.09 |
| 6 | KeyBank N.A. | 20,858.44 | 0.00 | 1,019.52 |
| 7 | KeyBank N.A. | 14,131.13 | 0.00 | 690.70 |
| 8 | KeyBank N.A. | 15,245.52 | 0.00 | 745.17 |

Total to be paid for timely general unsecured claims: $ 9,146.79
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**