## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

IN RE:                            :     **CASE NO. 5-15-02915-JJT**

                                   :

**THOMAS J. KOOP,**         :     **CHAPTER 7**

                                   :

           **DEBTOR.**        :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>TRUSTEE'S SUPPLEMENT TO TRUSTEE'S FINAL REPORT</u>

The Chapter 7 Trustee's Final Report (Doc. #41), filed on November 14, 2018, was inadvertently filed by the United States Trustee without the Chapter 7 Trustee's Request for Compensation and time and expense records attached and, accordingly, are attached herewith and submitted as a supplement to the Trustee's Final Report.

 

**LAW OFFICES OF MARK J. CONWAY, P.C.**


 /s/ Mark J. Conway                
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA  18512
(570) 343-5350

Counsel for Chapter 7 Trustee

Dated:  November 15, 2018

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE:                                    :    CASE NO. 5-15-02915-JJT
                                          :
THOMAS J. KOOP,                           :    CHAPTER 7
                                          :
            DEBTOR.                       :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 15th day of November,

2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the

CM/ECF system which sent notification of such filing to the following Filing Users at the

following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101-1722
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA  18512
Phone (570) 343-5350
Fax (570) 343-5377

# Trustee's Compensation

**Debtor:** KOOP, THOMAS J.                    **Case:** 5-15-02915-JT

| **Computation of Compensation** | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 12,935.70 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 7,935.70 | = | 793.57 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$2,043.57** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$2,043.57** |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$2,043.57** |

| **Trustee Expenses** | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 109.49 |
| Other Expenses 2 | | 0.00 |
| | **Subtotal Expenses:** | **$109.49** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$109.49** |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$109.49** |

   The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

   WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $2,043.57 as compensation and $109.49 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  09/28/18                    Signed:    /S/MARK J. CONWAY

                                        MARK J. CONWAY, CHAPTER 7 TRUSTEE
                                        502 SOUTH BLAKELY STREET

                                        DUNMORE, PA 18512

# LAW OFFICES OF MARK J. CONWAY
## 502 SOUTH BLAKELY STREET
## DUNMORE, PA 18512

Ph:570-343-5350          Fax:570-343-5377

CHAPTER 7 TRUSTEE                                    September 28, 2018
502 SOUTH BLAKELY STREE
DUNMORE, PA 18512

|                |                |
|----------------|----------------|
| File #:        | 100-948        |

Attention:   MARK J. CONWAY, ESQUIRE          Inv #:          1617

RE:      KOOP (TRUSTEE)

| DATE | DESCRIPTION | HOURS | AMT. | ATTY/PARA |
|------|-------------|-------|------|-----------|
| Aug-07-15 | Prepare for & attend 341 hearing. | 0.60 | 0.00 | MJC |
| Aug-10-15 | Review correspondence from Debtor's ex-wife. | 0.10 | 0.00 | CN |
| Aug-11-15 | Review letter. | 0.10 | 0.00 | MJC |
| Aug-13-15 | Assign file number, set up file & letters file. | 0.20 | 0.00 | CN |
| Aug-14-15 | Conf. w/MJC; review petition, schedules & 341 mtg. notes; TC to Attorney Reali; draft correspondence, re: Estate of Vivian Ehrmann; draft e-mail attaching letter. | 0.60 | 0.00 | CN |
| Aug-20-15 | Review letter from Attorney Reali; draft letter in response thereto. | 0.60 | 0.00 | CN |
| Aug-24-15 | Review e-mail from Attorney Reali, re: status of Debtor's estate interest; calendar for follow-up. | 0.10 | 0.00 | CN |
| Aug-31-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-23-15 | Review estate info and email from counsel | 0.50 | 0.00 | MJC |
| Sep-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Oct-23-15 | Change to asset case; review file | 0.50 | 0.00 | MJC |

| | | | | |
|---|---|---|---|---|
| | Review file for status; draft & file Notice of Change to Asset Case; calendar bar date. | 0.40 | 0.00 | CN |
| Oct-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-12-15 | Review file for status. | 0.10 | 0.00 | CN |
| Nov-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-31-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-26-16 | Review schedules & claims register; calendar deadline for trustee to file POC's. | 0.30 | 0.00 | CN |
| Jan-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Feb-15-16 | Draft & e-mail status letter to Attorney Reali. | 0.60 | 0.00 | CN |
| Feb-24-16 | Review e-mail from counsel for the Estate of Vivian Ehrmann, re: status; forward same to MJC. | 0.10 | 0.00 | CN |
| Feb-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Apr-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| May-09-16 | Review & respond to status inquiry from MJC; draft status inquiry e-mail to Attorney Reali; review file & docket report; download assets to Caselink & change to asset case in Caselink (bar date already set). | 0.60 | 0.00 | CN |
| May-10-16 | Review e-mail from Attorney Reali, re: Ehrmann Estate; draft responsive e-mail attaching 341 notice showing filing date & MJC as trustee. | 0.30 | 0.00 | CN |
| May-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jun-30-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jul-22-16 | Review file, docket report & e-mails; conf. w/MJC; draft e-mail to Attorney Reali, re: status of Debtor's interest in decedent's estate. | 0.40 | 0.00 | CN |
| Jul-25-16 | Review status e-mail from Attorney Reali, re: inheritance. | 0.10 | 0.00 | CN |

| | | | | |
|---|---|---|---|---|
| Jul-27-16 | Review e-mail from Attorney Reali & respond to same. | 0.10 | 0.00 | CN |
| Jul-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Aug-24-16 | Open bank acct; obtain TIN; deposit ck. in estate account; set up bank file; review schedules for exemption on inheritance; conf. w/MJC; mail signed receipt of inheritance to Attorney Reali. | 0.60 | 0.00 | CN |
| Aug-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-12-16 | TC from Debtor; conf. w/MJC. | 0.10 | 0.00 | CN |
| Sep-13-16 | Review schedules for exemption on inheritance; issue ck. to Debtor; draft letter to Debtor's counsel enclosing same. | 0.60 | 0.00 | CN |
| Sep-14-16 | Reconcile August, 2016 bank statement. | 0.10 | 0.00 | CN |
| Sep-15-16 | Review bank statement. | 0.10 | 0.00 | MJC |
| Sep-30-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Oct-11-16 | Reconcile 8/16 bank statement. | 0.10 | 0.00 | CN |
| Oct-19-16 | Review bank statement. | 0.10 | 0.00 | MJC |
| Oct-20-16 | TC from Debtor. | 0.10 | 0.00 | CN |
| Oct-28-16 | Request Court costs. | 0.10 | 0.00 | CN |
| Oct-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-16-16 | Reconcile 10/16 bank statement. | 0.10 | 0.00 | CN |
| Nov-17-16 | Review bank statement. | 0.10 | 0.00 | MJC |
| Nov-30-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-09-16 | Reconcile November, 2016 bank statement. | 0.10 | 0.00 | CN |
| Dec-10-16 | Review bank statement. | 0.10 | 0.00 | MJC |

| Date | Description | | | |
|------|-------------|------|------|------|
| Dec-29-16 | Calculate pro-rata share of 2017 Trustee bond premium & issue ck. | 0.10 | 0.00 | CN |
| Jan-02-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-12-17 | Reconcile 12/16 bank statement. | 0.10 | 0.00 | CN |
| Jan-13-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Jan-18-17 | Review & organize bank statements in bank file for 2017 trustee audit. | 0.10 | 0.00 | CN |
| Jan-31-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Feb-08-17 | Reconcile 1/17 bank statement. | 0.10 | 0.00 | CN |
| Feb-09-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Feb-28-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-08-17 | Reconcile 2/17 bank statement. | 0.10 | 0.00 | CN |
| Mar-09-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Mar-22-17 | Review status inquiry from Debtor's counsel; responsive e-mail. | 0.10 | 0.00 | CN |
| Mar-31-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Apr-10-17 | Reconcile March, 2017 bank statement. | 0.10 | 0.00 | CN |
| Apr-11-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Apr-28-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| May-09-17 | Reconcile April, 2017 bank statement. | 0.10 | 0.00 | CN |
| May-10-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| May-29-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jun-20-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| | Review & reconcile 5/17 bank statement. | 0.10 | 0.00 | CN |
| Jun-30-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jul-11-17 | Reconcile 6/17 bank statement. | 0.10 | 0.00 | CN |

| Jul-12-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Jul-28-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Aug-10-17 | Reconcile 7/17 bank statement. | 0.10 | 0.00 | CN |
| Aug-11-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Aug-31-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-12-17 | Reconcile 8/17 bank statement. | 0.10 | 0.00 | CN |
| Sep-13-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Sep-22-17 | Review docket report & request court costs for TFR. | 0.10 | 0.00 | CN |
| Sep-25-17 | Copy, assemble, post, & mail NFR | 0.70 | 0.00 | CN |
| Sep-29-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Oct-11-17 | Review 9/17 bank statement. | 0.10 | 0.00 | CN |
| Oct-12-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Oct-23-17 | Review docket report, CaseLink & revise in preparation for TIR. | 0.30 | 0.00 | CN |
| Oct-31-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-15-17 | Reconcile 10/17 bank statement. | 0.10 | 0.00 | CN |
| Nov-16-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Nov-30-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-13-17 | Reconcile 11/17 bank statement. | 0.10 | 0.00 | CN |
| Dec-14-17 | Review bank statement. | 0.10 | 0.00 | MJC |
| Dec-29-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-10-18 | Reconcile 12/17 bank statement. | 0.10 | 0.00 | CN |
| Jan-11-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Jan-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |

| | | | | |
|---|---|---|---|---|
| Feb-12-18 | Reconcile 1/18 bank statement. | 0.10 | 0.00 | CN |
| Feb-13-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Feb-28-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-08-18 | Reconcile 2/18 bank statement. | 0.10 | 0.00 | CN |
| Mar-09-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Mar-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Apr-09-18 | Reconcile 3/18 bank statement. | 0.10 | 0.00 | CN |
| Apr-10-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Apr-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| May-09-18 | Reconcile 4/18 bank statement. | 0.10 | 0.00 | CN |
| May-10-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| May-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jun-07-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| | Reconcile 5/18 bank statement. | 0.10 | 0.00 | CN |
| Jun-11-18 | Review status e-mails from Debtor's counsel & MJC. | 0.10 | 0.00 | CN |
| Jun-29-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jul-09-18 | Reconcile 6/18 bank statement. | 0.10 | 0.00 | CN |
| Jul-10-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Jul-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Aug-08-18 | Reconcile 7/18 bank statement. | 0.10 | 0.00 | CN |
| Aug-09-18 | Review bank statement. | 0.10 | 0.00 | MJC |
| Aug-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-11-18 | Reconcile 8/18 bank statement. | 0.10 | 0.00 | CN |

| Sep-12-18 | Review bank statement. | 0.10 | 0.00 | MJC |
|-----------|------------------------|------|------|-----|
| Sep-18-18 | Review e-mail from Debtor's counsel, re: status. | 0.10 | 0.00 | CN |
| | Review file, docket report, schedules, claims register; download POC's; review POC's for TFR preparation. | 0.80 | 0.00 | CN |
| Sep-19-18 | Review claims register & POC's. | 0.40 | 0.00 | MJC |
| | Draft TFR & supporting documentation. | 1.50 | 0.00 | CN |
| Sep-20-18 | Review TFR. | 1.00 | 0.00 | MJC |
| | Revisions to TFR. | 0.80 | 0.00 | CN |
| Sep-24-18 | Review Final TFR. | 0.60 | 0.00 | MJC |
| Sep-28-18 | Estimated time to complete TDR & final case administration | 2.00 | 0.00 | MJC |
| | Finalize TFR & supporting documentation for submission to UST-DE. | 1.50 | 0.00 | CN |
| | Copy, assemble, post & mail NFR. | 0.70 | 0.00 | CN |
| | Estimated time to complete TDR & final case administration. | 2.50 | 0.00 | CN |
| | Totals | 30.00 | $0.00 | |

## DISBURSEMENTS

| | | Disbursements | Receipts |
|-----------|--------|---------------|----------|
| Aug-14-15 | COPIES | 1.50 | |
| | COPIES | 0.30 | |
| Aug-20-15 | COPIES | 0.60 | |
| Aug-24-15 | COPIES | 0.30 | |
| Sep-23-15 | COPIES | 0.60 | |
| Oct-23-15 | COPIES | 0.60 | |
| Jan-24-16 | COPIES | 1.20 | |
| Feb-15-16 | COPIES | 0.30 | |
| Feb-24-16 | COPIES | 0.60 | |

| | | |
|---|---|---:|
| May-10-16 | COPIES | 1.50 |
| Jul-22-16 | COPIES | 0.90 |
| Jul-25-16 | COPIES | 0.90 |
| | COPIES | 0.90 |
| Aug-25-16 | COPIES | 0.60 |
| Sep-13-16 | COPIES | 0.30 |
| Oct-28-16 | COPIES | 0.60 |
| Oct-31-16 | COPIES | 0.60 |
| Sep-25-17 | COPIES | 0.60 |
| Sep-19-18 | COPIES | 11.10 |
| Sep-28-18 | COPIES - TFR | 20.70 |
| | POSTAGE - TFR | 4.97 |
| | COPIES - NOTICING NFR | 24.30 |
| | POSTAGE - NOTICING NFR | 12.69 |
| | COPIES - DISTRIBUTION LETTER & CHECKS | 4.80 |
| | POSTAGE - DISTRIBUTION LETTER & CHECKS | 3.76 |
| | COPIES - TDR | 9.30 |
| | POSTAGE - TDR | 4.97 |

| | | | |
|---|---|---:|---:|
| Totals | | $109.49 | $0.00 |

**Total Fees & Disbursements**                                $109.49

Previous Balance                                                    $0.00
Previous Payments                                                $0.00

**Balance Due Now**                                               $109.49